### MARYLAND CASUALTY CO v ST CLAIR

Ohio Appeals, 8th Dist, Cuyahoga Co

No 10879. Decided Oct. 27, 1930

Mooney, Hahn, Loeser, Keough & Beam, Cleveland, for Casualty Co.

Walter L. Krewson, Cleveland, for St. Clair.

Judges WILLIAMS and RICHARDS (6th Dist) and JUSTICE (3rd Dist) sitting.

**RICHARDS, J.**

We think the great weight of the evidence shows that the contract amounted to an agreement to compound a felony. Under such circumtsances the court will not give relief to a plaintiff but will leave the parties where it finds them. We find no other error in the record, but for the reason that the judgment is manifestly against the weight of the evidence, it will be reversed and the cause remanded for a new trial.

Williams and Justice, JJ, concur.